UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

HIRAM MONSERRATE,

                        Plaintiff,                **ORDER TO SHOW CAUSE FOR**
                                                             **EMERGENCY RELIEF**

                        v.

                                                              Civil Action No. 21-CV-3830

BOARD OF ELECTIONS IN THE CITY OF
NEW YORK, COMMISSIONERS OF THE
BOARD OF ELECTIONS IN THE CITY OF
NEW YORK, NEW YORK CITY CAMPAIGN
FINANCE BOARD, and CITY OF NEW YORK,


                        Defendants.
-----------------------------------------------------------X

      Upon affidavit of Hiram Monserrate, the copy of the complaint and upon the memorandum of law in support of the preliminary injunction and temporary restraining order, it is

      **ORDERED**, that the above named defendants show cause before a motion term of this Court, at Room_____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on_____ ___,_____ at o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendants during the pendency of

this action from enacting, enforcing and/or applying Local Law No. 15; from removing Plaintiff Monserrate from the June 22, 2021 Democratic primary ballot for New York City Council District 21; and from denying matching campaign funds which Plaintiff's campaign is entitled; and it is further

ORDERED that, sufficient reason having been shown therefore, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendants are temporarily restrained and enjoined from enacting, enforcing and/or applying Local Law No. 15; from removing Plaintiff Monserrate from the June 22, 2021 Democratic primary ballot for New York City Council District 21; and from denying matching campaign funds which Plaintiff's campaign is entitled; and it is further

ORDERED, that the service of this Order, together with a copy of all of the papers, upon which it was granted, shall be emailed to: "**servicenyboe2021@boe.nyc**, and **ServiceECF@law.nyc.gov**" upon the Defendants, on or before _____ \_\_\_, 2021, with the caption of the case and action number being placed in the subject line of the email. Plaintiff's Counsel must retain and file the auto-reply confirmation email that will be sent upon receipt by the Defendants, as an exhibit to the proof of service; shall be deemed sufficient service thereof.

DATED: New York, New York

ISSUED: _____M

United States District Judge