```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
HIRAM MONSERRATE,                                                  :
                                                                   :
                            Plaintiff,                             :
                                                                   :        21-cv-3830 (LJL)
         -v-                                                       :
                                                                   :           ORDER
BOARD OF ELECTIONS IN THE CITY OF NEW                              :
YORK, et al.                                                       :
                                                                   :
                            Defendant.                             :
                                                                   X
-------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2021

LEWIS J. LIMAN, United States District Judge:

ORDERED that the Court will hold a hearing on Plaintiff's motion for a temporary restraining order on Tuesday, May 4, 2021 at 5:00 p.m. by TELEPHONE CONFERNECE. At that date and time the parties are directed to dial the Court's teleconference line at 888-251-2909 (access code: 2123101).

IT IS FURTHER ORDERED that the service of this Order, together with a copy all papers filed in this action by Plaintiff, shall be served on Defendants by email to: "servicenyboe2021@boe.nyc" and "and ServiceECF@law.nyc.gov" on or before May 3, 2021 at 12:00 p.m. Plaintiff's counsel must retain and file the auto-reply confirmation email that will be sent upon receipt by the Defendants as an exhibit to the proof of service; and such shall be deemed sufficient service of the instant action and motion.

This order was issued on May 2, 2021 but will be posted on ECF on May 3, 2021.

SO ORDERED.

Dated: May 2, 2021
       New York, New York                         _____
                                                  LEWIS J. LIMAN
                                                  United States District Judge