

May 4, 2021

Lewis J. Liman, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

By Electronic Filing.

>    Re:    **Monserrate v. Board of Elections in the City of New York**, 21-cv-03830, related to **Shabazz v. New York City Campaign Finance Board**, 21-cv-3069

Your Honor:

As the Court likely recalls, I represent a group of voter-donors in the *Shabazz* case captioned above. The Court has scheduled an initial TRO hearing in the *Monserrate* case — which was marked related to *Shabazz*.

Inevitably (as I am sure the Court would predict), I would end up listening to the TRO hearing on the public line from pure academic curiosity; these cases, after all, present interesting questions. However, I write to ask the Court's permission to participate — to the extent it might be helpful — in the hearing.

I expect the Court has a plan for this evening's hearing and the case moving forward, and depending on that plan, the *Shabazz* Plaintiffs may seek to intervene in the main, file an amicus brief, amend their Complaint and seek consolidation with the *Monserrate* case, or perhaps not take any action at all. Thus, to the extent my presence on the call is helpful in charting a course — or in discussing the history of these related matters — I would like to make an appearance and answer any questions I might be best positioned among counsel to answer.

Thus, I ask the Court to grant this motion to allow me to enter an appearance in *Shabazz* and speak on the record this evening. Should the Court grant the motion, I will promptly file a notice of appearance (either on behalf of "Potential Intervenors" or any other styling the Court indicates it profers). Should the Court have any questions, I am available at Your Honor's convenience. As ever, I thank the Court for its time and consideration.

>    Respectfully submitted,
>
>    /s/
>    _____
>    J. Remy Green
>        *Honorific/Pronouns: Mx., they/their/them*
>    **COHEN&GREEN P.L.L.C.**



1639 Centre St., Suite 216
Ridgewood, New York 11385
remy@femmelaw.com

*Attorneys for Shabazz Plaintiffs*

cc:
All relevant parties by ECF and email.

Page 2 of 2

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com