```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
HIRAM MONSERRATE,                                                 :
                                                                  :
                              Plaintiff,                          :
                                                                  :     21-cv-3830 (LJL)
       -v-                                                        :
                                                                  :          ORDER
BOARD OF ELECTIONS IN THE CITY OF NEW                             :
YORK, et al.                                                      :
                                                                  :
                              Defendant(s).                       :
                                                                  X
------------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

At a conference held today, July 6, 2021, Plaintiff's counsel Rocco G. Avallone moved orally to withdraw as counsel. The application is GRANTED. The Clerk of Court is respectfully directed to terminate Plaintiff's counsel.

IT IS FURTHER ORDERED that the Court will hold a status conference on August 25, 2021 at 2:00 p.m. by TELEPHONE CONFERENCE. At that date and time the parties are directed to dial the Court's teleconference line at 888-251-2909 (access code: 2123101).

By August 18, 2021, the parties are ORDERED to file a proposed case management plan based on the template available at the Court's website.

      SO ORDERED.

Dated: July 6, 2021  
      New York, New York  
                                                LEWIS J. LIMAN  
                                      United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 7/6/2021